SHANNON G. SPLAINE, ESQ.
Nevada Bar No. 8241
**LINCOLN, GUSTAFSON & CERCOS, LLP**
3960 Howard Hughes Parkway
Suite 200
Las Vegas, NV 89169
Telephone:   (702) 257-1997
Facsimile:    (702) 257-2203
ssplaine@lgclawoffice.com

Attorneys for Defendant,
Credit Adjustments, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAMIE HALIBURTON,<br><br>           Plaintiff,<br><br>vs.<br><br>CREDIT ADJUSTMENT, INC.<br><br>           Defendant. | Case No: 2:18-cv-00847-GMN-CWH<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

NOW INTO COURT, through undersigned counsel, comes plaintiff, Jamie Haliburton ("Plaintiff"), and Defendant, Credit Adjustments, Inc. ("CAI"), who file this Joint Stipulation to Extend the Answer deadline to the Complaint filed by Plaintiff, and state:

   1.   On or about May 11, 2018, Plaintiff filed his Complaint in this Honorable Court.

   2.   On May 18, 2018, Plaintiff served his Complaint on CAI.

   3.   CAI's current response deadline is June 6, 2018.

4.  Plaintiff, through counsel, has agreed to allow CAI a 21-day extension, or until June 29, 2018, to file Responsive Pleadings to Plaintiff's Complaint.

5.  CAI has not requested any prior extensions in this action.

6.  There are no pending hearings or matters currently before the Court.

7.  Despite due diligence and good faith efforts, CAI and its counsel require an extension of time to investigate the allegations in the Complaint, and prepare a responsive pleading. In addition, the parties are currently discussing an early resolution of this matter, and the additional time will allow the parties sufficient time to explore such a resolution.

WHEREFORE, Defendant, Credit Adjustments, Inc., respectfully requests this Court grant an extension through and including June 29, 2018, to file its responsive pleadings to Plaintiff's Complaint.

Dated: June 8, 2018

/s/ David H. Krieger

David H. Krieger, Esq.
(NV Bar No. 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Ave, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
dkrieger@hainesandkrieger.com

Attorneys for Plaintiff Jamie Haliburton

/s/ Shannon G. Splaine

Shannon G. Splaine, Esq.
(NV Bar No. 8241)
LINCOLN, GUSTAFSON & CERCOS, LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 257-1997
ssplaine@lgclawoffice.com

Attorneys for Defendant,
Credit Adjustments, Inc.

Good cause being shown, CAI's responsive pleading will be due on or before June 29, 2018. IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 2, 2018

## CERTIFICATE OF SERVICE

I certify that on this 8th day of June, 2018, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Ave, Suite 350
Henderson, NV 89123

Staci D. Ibarra, an employee
of THE LAW OFFICES OF
LINCOLN, GUSTAFSON & CERCOS, LLP